1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  ZACH LOFFLER and DON LOFFLER, | Case No. 20-cv-2018-MMA (KSC) |
| 12              Plaintiffs, | |
| 13  v. | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| 14  GENERAL MOTORS LLC, | |
| 15              Defendant. | [Doc. No. 10] |
| 16 | |

17

18      The parties have filed a joint motion to dismiss the action with prejudice.  *See* Doc.

19  No. 10.  Good cause appearing, the Court **GRANTS** the parties' joint motion and

20  **DISMISSES** this action **with prejudice**.  Each party shall bear its own costs.  The Court

21  **DIRECTS** the Clerk of Court to terminate this action in its entirety.

22      **IT IS SO ORDERED**.

23

24  Dated: February 19, 2021

25

26  _____

27  HON. MICHAEL M. ANELLO
    United States District Judge

28

1